REINSTATEMENT

02CV1036
(AVC)

## GILBRIDE & RIGAT
### Attorneys At Law
### 23 East Main Street
### Clinton, Connecticut  06413

Telephone (860) 669-3273          Fax (860) 669-3495

March 22, 2005

Clerk
United States Court of Appeals
for the Second Circuit
United States Court House
40 Centre Street
New York, New York  10007

*FILED APR 2 5 2005 — U.S. COURT OF APPEALS SECOND CIRCUIT*

Re:   Teresa T. v. United States
      Docket No.: 03-6056

Dear Clerk of Court:

Pursuant to the enclosed copy of the August 13, 2003 order of the Court, allowing the above referenced appeal to be withdrawn from active consideration, the appellant now requests, in writing, that the above referenced appeal be reactivated by the Court.

The Second Circuit issued its final decision in Teresa T. v. Ragaglia, 02-7164, on February 28, 2005, see attached slip opinion.

Please contact me at (860) 669-3273 should you have any questions or concerns.

Very Respectfully,

Raymond J. Rigat, Esq.

Enclosures

cc:

Attorney Brenda Green
Attorney for the Appellee
Assistant United States Attorney
United States Attorney's Office
915 LaFayette Blvd
Room 309
Bridgeport, CT  06604

A TRUE COPY
Roseann B. MacKechnie, CLERK

by_____
            DEPUTY CLERK

Certified: 4/25/05

Apr 25 2005 2:43        Gilbride & Rigat