UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESA T., | : | |
| | : | |
| Plaintiff, | : | Civil No.   3:02CV1036 AVC |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | May 25, 2007 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
SUPPLEMENTAL BRIEFING AND FOR A STATUS CONFERENCE**

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, hereby respectfully requests a twenty(20) day extension of from May 23, 2007 until June 13, 2007 in which to file its brief on May 25, 2007 due to the press of litigation deadlines and the legal complexities presented in this matter.

This is the first request for an extension of this deadline.  Counsel for the plaintiff has no objection to the granting of this extension of time.

Additionally, due to the legal complexities presented in this mater, the parties seek a status conference with the Court to discuss the need for limited discovery in this matter.  Such information is needed to thoroughly and properly prepare supplemental briefing.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Brenda M. Green*
BRENDA M. GREEN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19538
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD, ROOM 309
BRIDGEPORT, CT 06604
(203) 696-3000 (telephone)
(203) 579-5575 (facsimile)
Brenda.Green@usdoj.gov

<u>CERTIFICATION OF SERVICE</u>

_____This is to certify that a copy of the within and foregoing Defendant's Motion for Extension of Time to File has been mailed on the 25th day of May, 2007, to:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 E Main Street
Clinton, CT 06413

*/s/ Brenda M. Green*
BRENDA M. GREEN
ASSISTANT UNITED STATES ATTORNEY