UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESA T., | : | |
| | : | |
| Plaintiff, | : | Civil No.  3:02CV1036 (AVC) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | July 19, 2007 |

**DEFENDANT'S MOTION TO REOPEN DISCOVERY AND FOR
AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING**

The parties in the above captioned matter hereby respectfully request that this Court reopen discovery in order to allow a four month period of time until December 1, 2007, in order to complete limited discovery.  The parties also seek an extension of time until January 20, 2008, in which to file supplemental briefing on the issues remanded back to this Court by the Court of Appeals for the Second Circuit.

As grounds for this Motion, counsel states that limited discovery is needed in order to address the issues remanded to this Court from the Court of Appeals for the Second Circuit.  The Second Circuit seeks additional fact finding regarding the role of the plaintiff's attorney, guardian ad litem and next of friend and their respective duties and responsibilities, if any, to file a timely federal tort claim on the plaintiff's behalf. Moreover, limited discovery is needed in order to obtain sealed information from the juvenile court and/or to conduct depositions of fact witnesses who can provide information and a time line of representation which is necessary to address the issues presented on remand. Once the discovery is completed the parties will be better able to thoroughly address those issues remanded to this Court  from the Court of Appeals. The defendant also seeks an extension of time to and including January 20, 2008, after

the limited discovery is completed, in which to file supplemental briefing.

Counsel for the plaintiff concurs in the granting of this motion to reopen discovery and extension of time to file the supplemental briefing.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              */s/ Brenda M. Green*
                              BRENDA M. GREEN
                              ASSISTANT UNITED STATES ATTORNEY
                              FEDERAL BAR NO. CT19538
                              UNITED STATES ATTORNEY'S OFFICE
                              915 LAFAYETTE BOULEVARD, ROOM 309
                              BRIDGEPORT, CT 06604
                              (203) 696-3000 (telephone)
                              (203) 579-5575 (facsimile)
                              Brenda.Green@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on July 19, 2007, a copy of the foregoing was electronically filed with the Court and notice of this filing will be sent via e-mail to all parties of record or by mail to any party unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                              */s/ Brenda M. Green*
                              BRENDA M. GREEN
                              ASSISTANT UNITED STATES ATTORNEY