UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERESA T., and ZAZSHEEN P. (A Minor Child), MATTHEW T. GILBRIDE, ESQ., PPA for ZAZSHEEN P.,<br><br>PLAINTIFFS,<br>v.<br><br>UNITED STATES OF AMERICA<br><br>DEFENDANT. | :<br>:<br>:<br>:<br>:<br>: Civil No. 3:02CV1036 (AVC)<br>:<br>:<br>:<br>: January 24, 2008 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
SUPPLEMENTAL BRIEFING**

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, hereby respectfully requests a sixty (60) day extension of time from January 22, 2008 until March 21, 2008 in which to file its supplemental briefing.

As grounds for this Motion, counsel states as follows: the parties have been involved in some limited discovery which is designed to address the issues remanded to this Court from the Court of Appeals for the Second Circuit, the defendant has only recently received the plaintiffs' discovery responses and needs additional time to finalize all discovery including the depositions of certain fact witnesses.

Because the Second Circuit seeks additional fact finding regarding the role of the plaintiff's attorney, guardian ad litem and next of friend and their respective duties and responsibilities, if any, to file a timely federal tort claim on the plaintiffs' behalf, the defendants are also seeking to obtain sealed information from the juvenile court.

However, counsel for the plaintiffs has advised counsel for the defendant that the juvenile court has been unsealed to him for limited purposes. Counsel for the defendant needs additional time to seek permission from the juvenile court to have the entire record unsealed, in order to determine the time line of representation which is necessary to address the issues presented on remand.

This is the third request for an extension of this deadline. Counsel for the plaintiffs concurs in the granting of this extension of time.

>Respectfully submitted,
>
>KEVIN J. O'CONNOR
>UNITED STATES ATTORNEY
>
>*/s/ Brenda M. Green*
>BRENDA M. GREEN
>ASSISTANT UNITED STATES ATTORNEY
>FEDERAL BAR NO. CT19538
>UNITED STATES ATTORNEY'S OFFICE
>915 LAFAYETTE BOULEVARD, ROOM 309
>BRIDGEPORT, CT 06604
>(203) 696-3000 (telephone)
>(203) 579-5575 (facsimile)
>Brenda.Green@usdoj.gov

<u>CERTIFICATION OF SERVICE</u>

     I hereby certify that on January 23, 2007, a copy of foregoing was electronically filed with the Court and notice of this filing will be sent by e-mail to all parties of record or by mail to any party unable to accept electronic filing as indicated on the Notice of Electronic filing.

                           /s/ _____
                           BRENDA M. GREEN
                           ASSISTANT UNITED STATES ATTORNEY