UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESA T., and ZAZSHEEN P. (A Minor Child),: | | |
| MATTHEW T. GILBRIDE, ESQ., PPA | : | |
| for ZAZSHEEN P., | : | |
| | : | |
| PLAINTIFFS, | : | |
| v. | : | Civil No. 3:02CV1036 (AVC) |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| DEFENDANT. | : | March 19, 2008 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE TO RESOLVE DISCOVERY ISSUES**

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, hereby respectfully requests a sixty (60) day extension of time from March 21, 2008 and May 20, 2008, in which in which to file its supplemental briefing. The parties also jointly request a referral to a Magistrate Judge for guidance in resolving certain outstanding discovery disputes.

As grounds for this Motion, counsel states as follows: the parties have been involved in discovery which is designed to address the issues remanded to this Court from the Court of Appeals for the Second Circuit. Although the defendant has received some responses from the plaintiffs, counsel for the plaintiffs has advised counsel for the defendant that certain answers to the discovery cannot be provided because the plaintiffs' juvenile record has been sealed and that the Court refuses to unseal the entire record.

The Second Circuit seeks additional fact finding regarding the role of the plaintiff's attorney, guardian ad litem and next of friend and their respective duties and responsibilities, if any, to file a timely federal tort claim on the plaintiffs' behalf.  As such, the defendant needs to have the contents of the juvenile record  produced in order to address those issues remanded from the Court and to file supplemental briefing.  More specifically the defendant must determine the time line of representation which is necessary to address the issues presented on remand.  Since the parties cannot agree on an approach in resolving these issues, we jointly seek guidance from the Court and request that a conference be scheduled with a Magistrate Judge so that the parties can resolve these outstanding issues, complete the limited discovery pertaining to these issues and file supplemental briefing.

This is the fourth request for an extension of this deadline to file supplemental briefing.  Counsel for the plaintiffs concurs in the granting of this extension of time and referral to a Magistrate Judge to resolve the outstanding discovery issues.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    */s/ Brenda M. Green*
    BRENDA M. GREEN
    ASSISTANT UNITED STATES ATTORNEY
    FEDERAL BAR NO. CT19538
    UNITED STATES ATTORNEY'S OFFICE
    915 LAFAYETTE BOULEVARD, ROOM 309
    BRIDGEPORT, CT 06604
    (203) 696-3000 (telephone)
    (203) 579-5575 (facsimile)
    Brenda.Green@usdoj.gov

CERTIFICATION OF SERVICE

I hereby certify that on March 19, 2008, a copy of foregoing was electronically filed with the Court and notice of this filing will be sent by e-mail to all parties of record or by mail to any party unable to accept electronic filing as indicated on the Notice of Electronic filing.

/s/
BRENDA M. GREEN
ASSISTANT UNITED STATES ATTORNEY